Sarah Ross, appellee, v. Ernest M. Sparks and Nancy J. Sparks, appellants. Gen. No. 8,227.

Opinion filed July 2, 1928.

Dobbins & Dobbins and W. C. Noel, for appellants. F. T. Carson and W. A. Nichols, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.